DARREN J. LEMIEUX
Nevada Bar No. 9615
Email: DLemieux@lrrlaw.com
JENNIFER K. HOSTETLER
Nevada Bar No. 11994
Email: JHostetler@lrrlaw.com
HILARY WELLS
Admitted *Pro Hac Vice*
Email: HWells@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE AVANTI DOOR GROUP, INC., formerly known as E.M. Allen Supply,<br><br>Plaintiff,<br><br>vs.<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, formerly, FIRST COLONY LIFE INSURANCE; GENWORTH FINANCIAL, and DOE Defendants I through V,<br><br>Defendants. | Case No. 2:14-cv-01939-JAD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS GENWORTH FINANCIAL, INC.** |

Defendants Genworth Life and Annuity Insurance Company and Genworth Financial, Inc., by and through their undersigned counsel, together with Plaintiff through its counsel, hereby stipulate and agree to the dismissal of Genworth Financial, Inc.:

1. On or about April 23, 1990, First Colony Life Insurance Company issued Policy No. 1,494,395 ("Policy").

2. Plaintiff, The Avanti Door Group, Inc. is the owner of the Policy.

3. Effective January 1, 2007, First Colony Life Insurance Company merged with and into Genworth Life and Annuity Insurance Company.

4. Genworth Life and Annuity Insurance Company is the successor-in-interest to First Colony Life Insurance Company.

2005168283_1

5. Genworth Life and Annuity Insurance Company is responsible to respond to all claims arising from or relating to the Policy, including the claims set forth in Plaintiff's Complaint.

6. Accordingly, because Genworth Life and Annuity Insurance Company is the appropriate Defendant, and Defendant Genworth Financial, Inc. has no contractual or other relationship with Plaintiff, the Parties hereby stipulate and agree that Genworth Financial, Inc. shall be dismissed, with prejudice.

Dated this 29th day of January, 2015.

ELIZABETH J. FOLEY LTD.

By: */s/ Elizabeth J. Foley*
    ELIZABETH J. FOLEY
    Nevada Bar No. 1509
    601 S. Rancho, Suite A1
    Las Vegas, NV 89106

*Attorneys for Plaintiffs*

Dated this 29th day of January, 2015.

LEWIS ROCA ROTHGERBER LLP

By: */s/ Darren J. Lemieux*
    DARREN J. LEMIEUX
    Nevada Bar No. 9615
    JENNIFER HOSTETLER
    Nevada Bar No. 11994
    3993 Howard Hughes Parkway
    Suite 600
    Las Vegas, Nevada 89169

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
U.S. DISTRICT/MAGISTRATE JUDGE

Dated: _____