HILARY D. WELLS
Colorado Bar No. 33952, Admitted *Pro Hac Vice*
Email: HWells@lrrlaw.com
DARREN J. LEMIEUX
Nevada Bar No. 9615
Email: DLemieux@lrrlaw.com
JENNIFER K. HOSTETLER
Nevada Bar No. 11994
Email: JHostetler@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE AVANTI DOOR GROUP, INC., formerly known as E.M. Allen Supply,<br><br>Plaintiff,<br><br>vs.<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, formerly, FIRST COLONY LIFE INSURANCE; GENWORTH FINANCIAL, and DOE Defendants I through V,<br><br>Defendants. | Case No. 2:14-cv-01939-JAD-PAL<br><br>**AMENDED STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendants Genworth Life and Annuity Insurance Company,[1] together with Plaintiff The Avanti Door Group, Inc., by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The Parties have reached a full and final settlement of the above-captioned lawsuit.

2. Accordingly, the Parties stipulate to dismissal of the above-captioned action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own attorneys' fees

/ / /

/ / /

---

[1] Pursuant to the parties' stipulation and order, which was entered by the Court on January 30, 2015, Genworth Financial, Inc. was dismissed from this lawsuit, with prejudice.

2005301183_1

and costs.

Dated this 7th day of April, 2015.

ELIZABETH J. FOLEY LTD.


By: */s/ Elizabeth J. Foley*
    ELIZABETH J. FOLEY
    Nevada Bar No. 1509
    601 S. Rancho, Suite A1
    Las Vegas, NV  89106

*Attorneys for Plaintiffs*

Dated this 7th day of April, 2015.

LEWIS ROCA ROTHGERBER LLP


By: */s/ Hilary D. Wells*
    HILARY D. WELLS
    Colorado Bar No. 33952
    Admitted *Pro Hac Vice*
    Email: HWells@lrrlaw.com
    DARREN J. LEMIEUX
    Nevada Bar No. 9615
    JENNIFER HOSTETLER
    Nevada Bar No. 11994
    3993 Howard Hughes Parkway
    Suite 600
    Las Vegas, Nevada  89169

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
U.S. DISTRICT JUDGE

Dated:_____